NITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DENNIS R. MOORE and : CHAPTER 13
ROBERTA M. MOORE :
   Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
:
   vs. :
:
DENNIS R. MOORE and :
ROBERTA M. MOORE :
   Respondent(s) : CASE NO. 5-16-bk-04445

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

   AND NOW, this 27th day of February, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

   1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

   2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

     a. Plan ambiguous – payment

   3. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

     a. 2016 Federal Income Tax return.
     b. Copy of the 2016 federal corporate return for all corporations in which the debtor(s) is a principal share holder.

   WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

     a. Deny confirmation of debtor(s) plan.
     b. Dismiss or convert debtor(s) case.
     c. Provide such other relief as is equitable and just.

                                Respectfully submitted:

                                Charles J. DeHart, III
                                Standing Chapter 13 Trustee
                                8125 Adams Drive, Suite A
                                Hummelstown, PA 17036
                                (717) 566-6097

CERTIFICATE OF SERVICE

        AND NOW, this 2nd day of March, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Brian E. Manning, Esquire
502 South Blakely Street
Dunmore, PA 18512

        /s/Deborah A. Behney
        Office of Charles J. DeHart, III
        Standing Chapter 13 Trustee