```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                          Case No. 16-04445-JJT
Dennis R. Moore                                                                 Chapter 13
Roberta M. Moore
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: TWilson                Page 1 of 2          Date Rcvd: Mar 02, 2017
                              Form ID: ntcnfhrg            Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2017.
db/jdb         Dennis R. Moore,    Roberta M. Moore,    100 Wilson Dr,    Hazleton, PA 18201-6843
4859291       +ACAR Leasing LTD d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
4849267        American Express,    P.O. Box 1270,   Newark, NJ 07101-1270
4862316        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
4849268        Arbor Garden,    419 Washington Ave,   Larksville, PA 18651-1723
4886976        BERKHEIMER ASSOC-Agt HazletonASD Hazleton City,    c/o David R. Gordon, Esq.,    1883 Jory Road,
                Pen Argyl, PA 18072
4849269        Bank of America,    P. O. Box 15019,    Wilmington, DE 19886-5019
4883420       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4849270        Boscov's,   Retail Services,,    PO Box 30257,    Salt Lake City, UT 84130-0257
4849271        CAN DO, Inc,    15 S Church St Ste 200,    Hazleton, PA 18201-6200
4849278       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Home Depot Credit Services,    P.O. Box 182676,
                 Columbus, OH 43218-2676)
4849272        Capital One Bank,    PO Box 71083,   Charlotte, NC 28272-1083
4849273        Chase Cardmember Service,    P.O. Box 15548,   Wilmington, DE 19886-5548
4849274        Comenty-Talbots,    PO Box 659617,   San Antonio, TX 78265-9617
4849275        First National Bank of Pennsylvania,    4140 E State St,    Hermitage, PA 16148-3401
4849276        GM Financial Leasing,    PO Box 100,   Williamsville, NY 14231-0100
4849277        HAB-DLT,   Berkheimer,    PO Box 25153,   Lehigh Valley, PA 18002-5153
4849266        Law Office of Brian E Manning,    512 S Blakely St,    Dunmore, PA 18512-2237
4856391       +M&T Bank,   PO Box 1508,    Buffalo, New York 14240-1508
4849264        Moore Dennis R,    100 Wilson Dr,   Hazleton, PA 18201-6843
4849265        Moore Roberta M,    100 Wilson Dr,   Hazleton, PA 18201-6843
4853088       +Nelnet on behalf of ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
4849285        One South Realty,    400 Renaissance Ctr,    Hazleton, PA 18201-6277
4849286        PA Department of Revenue,    Bureau of Individual Taxes,    PO Box 281210,
                Harrisburg, PA 17128-1210
4849288        Robert M. Moore,    2 Hunter Rd,   Hazleton, PA 18201-6817
4849289        Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: camanagement@mtb.com Mar 02 2017 19:09:06     M&T Bank,    1100 Wehrle Drive,
                Williamsville, NY 14221
4849279        E-mail/Text: cio.bncmail@irs.gov Mar 02 2017 19:08:59     Internal Revenue Service,
                P O Box 21126,    Philadelphia, PA 19114
4849280        E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2017 18:59:38     Lowe's /Synchrony Bank,
                PO Box 530914,    Atlanta, GA 30353-0914
4849283        E-mail/Text: camanagement@mtb.com Mar 02 2017 19:09:06     M & T Mortgage Corporation,
                P.O. Box 62182,    Baltimore, MD 21264-2182
4849281        E-mail/Text: camanagement@mtb.com Mar 02 2017 19:09:06     M & T Bank,    P.O. Box 64679,
                Baltimore, MD 21264-4679
4849282        E-mail/Text: camanagement@mtb.com Mar 02 2017 19:09:06     M & T Bank,    PO Box 62146,
                Baltimore, MD 21264-2146
4865664        E-mail/Text: camanagement@mtb.com Mar 02 2017 19:09:06     M&T Bank,    P.O. Box 840,
                Buffalo, NY 14240-0840
4849284        E-mail/Text: electronicbkydocs@nelnet.net Mar 02 2017 19:09:19     NelNet Student Loans,
                NelNet Claims,,    PO Box 82505,   Lincoln, NE 68501-2505
4852851        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 02 2017 19:09:11
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
4849287        E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2017 18:59:16     QCARD,    P.O. Box 530905,
                Atlanta, GA 30353-0905
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2017 at the address(es) listed below:
              Brian E Manning    on behalf of Joint Debtor Roberta M. Moore BrianEManning@comcast.net,
               G17590@notify.cincompass.com
              Brian E Manning    on behalf of Debtor Dennis R. Moore BrianEManning@comcast.net,
               G17590@notify.cincompass.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Dennis R. Moore
aka Dennis R. Moore, Sr.
Roberta M. Moore

Chapter 13

Case No. 5:16−bk−04445−JJT

Debtor(s)

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **March 31, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: April 4, 2017<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: TWilson |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 2, 2017 |