UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DENNIS R. MOORE
AKA: DENNIS R. MOORE, SR.
ROBERTA M. MOORE

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

CASE NO: 5-16-04445-JJT

DENNIS R. MOORE
AKA: DENNIS R. MOORE, SR.
ROBERTA M. MOORE

Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on July 19, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on November 18, 2016.

2. A Confirmation hearing was held and an Order was entered on April 5, 2017 directing that an amended plan be filed within sixty (60) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

    Respectfully submitted,

    s/ Agatha R. McHale, Esq.
    Attorney for Trustee
    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    Ste. A, 8125 Adams Drive
    Hummelstown, PA 17036
    717-566-6097

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DENNIS R. MOORE
AKA: DENNIS R. MOORE, SR.
ROBERTA M. MOORE  CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III  CASE NO: 5-16-04445-JJT
CHAPTER 13 TRUSTEE
Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA | Date: August 8, 2017<br><br>Time: 09:30 AM |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before: *August 2, 2017.*

If you file and serve an objection/response within the time permitted, a hearing will be held at the above specified date, time and location. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: July 19, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DENNIS R. MOORE  
    AKA: DENNIS R. MOORE, SR.  
    ROBERTA M. MOORE

CHAPTER 13

CASE NO: 5-16-04445-JJT

Debtor(s)

CHARLES J. DEHART, III  
CHAPTER 13 TRUSTEE  
    Movant

## CERTIFICATE OF SERVICE

AND NOW, on July 19, 2017, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

BRIAN E MANNING, ESQUIRE  
502 SOUTH BLAKELY STREET  
DUNMORE, PA 18512-

DENNIS R. MOORE  
ROBERTA M. MOORE  
100 WILSON DR.  
HAZLETON, PA 18201-6843

    Respectfully Submitted,  
    s/ Vickie Williams  
    for Charles J. DeHart, III, Trustee  
    8125 Adams Drive, Suite A  
    Hummelstown, PA 17036  
    Phone: (717) 566-6097

Dated: July 19, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DENNIS R. MOORE
AKA: DENNIS R. MOORE, SR.
ROBERTA M. MOORE

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

DENNIS R. MOORE
AKA: DENNIS R. MOORE, SR.
ROBERTA M. MOORE

CASE NO: 5-16-04445-JJT

    Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby

ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.