# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> DENNIS R. MOORE, A/K/A DENNIS R. MOORE SR. and ROBERTA M. MOORE <br><br> Debtors | Case No. 5-16-04445 <br><br> Chapter 13 <br><br> John J. Thomas, B.J. |
| CHARLES J. DEHART, III, Chapter 13 Trustee <br><br> Movant <br> v. <br> DENNIS R. MOORE, A/K/A DENNIS R. MOORE SR. and ROBERTA M. MOORE <br><br> Respondents | |

## DEBTORS' OBJECTION TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

AND NOW, come the above captioned Debtors and file the following Objection to the Motion of the Chapter 13 Trustee to Dismiss:

1. Debtors object to the dismissal of their case.

2. An Amended Plan is in the process of being prepared and will be filed and served prior to the scheduled hearing on the instant Motion.

WHEREFORE, the Debtors respectfully requests that this Court enter an order denying the Trustee's Motion and granting the Debtors such other and further relief as the Court deems just and appropriate under the circumstances.

Respectfully Submitted  
**Law Offices of Brian E. Manning**  
/s/ Brian E. Manning  
Brian E. Manning, Esquire  
502 S. Blakely, St., Suite B  
Dunmore, PA 18512  
Tel. 570-558-1126  
Fax 866-559-9808  

Dated: August 2, 2017