NITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DENNIS R. MOORE and : CHAPTER 13
ROBERTA M. MOORE :
   Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
:
   vs. :
:
DENNIS R. MOORE and :
ROBERTA M. MOORE :
   Respondent(s) : CASE NO. 5-16-bk-04445

### TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

     AND NOW, this 17th day of August, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

     1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(2) in that the debtor(s) has not provided for full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. Sec. 507.

     2. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, debtors have excess non-exempt equity in the following:

        a. Business assets. Provide balance sheets for 2016- 1120 S Federal Tax Return.

     3. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

        a. Plan ambiguous – payment
        b. The plan is underfunded relative to claims to be paid.

     WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

    Respectfully submitted:

    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

BY:     /s/Agatha R. McHale
    Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this 17th day of August, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Brian E. Manning, Esquire
502 South Blakely Street
Dunmore, PA 18512

    /s/Deborah A. Behney
    Office of Charles J. DeHart, III
    Standing Chapter 13 Trustee