# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>DENNIS R. MOORE, A/K/A DENNIS R. MOORE SR. and ROBERTA M. MOORE<br><br>Debtors | Case No. 5-16-04445<br><br>Chapter 13<br><br>John J. Thomas, B.J. |
| DENNIS R. MOORE, A/K/A DENNIS R. MOORE SR. and ROBERTA M. MOORE<br><br>Debtor<br>v.<br>DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE<br><br>Respondent | |

**NOTICE OF OBJECTION TO CLAIM AND DEADLINE TO REQUEST HEARING DATE**

TO:   Department of the Treasury - Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**DENNIS R. MOORE and ROBERTA M. MOORE** filed an objection to the proof of claim you filed in this bankruptcy case.

**NOTICE: <u>Your claim may be reduced, modified or eliminated</u>. You should read this notice and the objection carefully and discuss them with your attorney, if you have one.**

If you do not want the court to enter an order affecting your claim, then on or before March 8, 2018, (30 days from the date of service), you or your lawyer must file a request for hearing or a written response to the objection explaining your position.

Those not permitted to file electronically must deliver any request for hearing or response by U.S. mail, courier, overnight/express mail, or in person at:

**United States Bankruptcy Court**
**274 Max Rosenn U.S. Courthouse**
**197 S. Main St.**
**Wilkes-Barre, PA 18701**

If you mail your request for hearing or response to the court, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy of your request for hearing or response to:

Brian E. Manning, Esquire
Law Office of Brian E. Manning
502 S. Blakely St., Suite B
Dunmore, PA 18512

If you or your attorney do not take these steps, the court may decide that you do not oppose an order affecting your claim.

Respectfully Submitted
**Law Offices of Brian E. Manning**
/s/ Brian E. Manning
Brian E. Manning, Esquire
502 S. Blakely, St., Suite B
Dunmore, PA 18512
Tel. 570-558-1126
Fax 866-559-9808
brianemanning@comcast.net

Dated: February 6, 2018