# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> DENNIS R. MOORE, A/K/A DENNIS R. MOORE SR. and ROBERTA M. MOORE <br><br> Debtors | Case No. 5-16-04445 <br><br> Chapter 13 <br><br> John J. Thomas, B.J. |
| DENNIS R. MOORE, A/K/A DENNIS R. MOORE SR. and ROBERTA M. MOORE <br><br> Debtor <br> v. <br> DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE <br><br> Respondent | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that he is over 18 years of age and that on **February 6, 2018**, he caused to be mailed via First Class U.S. Mail, postage prepaid, the Debtors' Objection to Claim Number 8-1, and the Notice of Objection to Claim upon the following:

| | |
|---|---|
| Attorney General of the United States <br> U.S. Department of Justice <br> 50 Pennsylvania Avenue, NW <br> Washington, DC 20530-0001 | David J. Freed, United States Attorney <br> William J. Nealon Federal Building and Courthouse <br> 235 N. Washington Avenue, Suite 311 <br> Scranton, PA 18503 |

Department of the Treasury – Internal Revenue Service
Attn. Michael Connoly, Revenue Officer
P.O. Box 7346
Philadelphia, PA 19101-7346

This statement is made subject to the penalties for perjury.

Respectfully Submitted
**Law Offices of Brian E. Manning**
/s/ Brian E. Manning
Brian E. Manning, Esquire
502 S. Blakely, St., Suite B
Dunmore, PA 18512
Tel. 570-558-1126
Fax 866-559-9808
brianemanning@comcast.net

Dated: February 6, 2018