# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-16-04445 |
| DENNIS R. MOORE, A/K/A DENNIS R. MOORE SR. and ROBERTA M. MOORE | Chapter 13 |
| Debtors | John J. Thomas, B.J. |
| DENNIS R. MOORE, A/K/A DENNIS R. MOORE SR. and ROBERTA M. MOORE | |
| Debtor | |
| v. | |
| DEPARTMENT OF THE TREASURY- INTERNAL REVENUE SERVICE | |
| Respondent | |

## DEBTORS' WITHDRAWAL OF OBJECTION TO CLAIM NUMBER 8-1 OF THE DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE

AND NOW, come the above captioned Debtors, by and through their attorney, Brian E. Manning, Esquire, and hereby withdraw the Objection to Claim Number 8-1 filed by the Department of the Treasury – Internal Revenue Service, as the Amended Claim filed by the Respondent (Claim Number 8-2) renders the Debtors' Objection MOOT.

Respectfully Submitted
**Law Offices of Brian E. Manning**
/s/ Brian E. Manning
Brian E. Manning, Esquire
502 S. Blakely, St., Suite B
Dunmore, PA 18512
Tel. 570-558-1126
Fax 866-559-9808

Dated: February 28, 2018