```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                             Case No. 16-04445-JJT
Dennis R. Moore                                                    Chapter 7
Roberta M. Moore
        Debtors
                              **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: TWilson          Page 1 of 1          Date Rcvd: Jul 13, 2018
                              Form ID: ntfnmg        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
db/jdb         Dennis R. Moore,    Roberta M. Moore,    100 Wilson Dr,    Hazleton, PA   18201-6843

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                              Signature:  /s/Joseph Speetjens

___

                          **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2018 at the address(es) listed below:
              Brian E Manning    on behalf of Debtor 1 Dennis R. Moore BrianEManning@comcast.net,
               G17590@notify.cincompass.com
              Brian E Manning    on behalf of Debtor 2 Roberta M. Moore BrianEManning@comcast.net,
               G17590@notify.cincompass.com
              Christos A Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us,    RA-occbankruptcy6@state.pa.us
              James Warmbrodt     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Dennis R. Moore,
aka Dennis R. Moore, Sr.,

**Debtor 1**

Roberta M. Moore,

**Debtor 2**

Chapter 7

Case No. 5:16−bk−04445−JJT

## Notice

**Notice of Requirement to File Certification About a Financial Management Course:**

No discharge can be entered until you file a Certification About a Financial Management Course (Official Form 423). See Fed. R. Bankr. P. 1007. If the Certification is not filed on or before **July 28, 2018**, this case may be closed without a discharge. A Motion to Reopen a closed case to permit the filing of the Certification will require payment of the reopening fee.

Official Form 423 can be accessed at http://www.uscourts.gov/forms/bankruptcy−forms.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 13, 2018 |

ntfnmg(04/18)