Certificate Number: 12433-PAM-DE-031359139

Bankruptcy Case Number: 16-04445


12433-PAM-DE-031359139

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 22, 2018, at 5:00 o'clock PM EDT, Dennis R. Moore, Sr. completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 22, 2018    By: /s/Lance Brechbill

    Name: Lance Brechbill

    Title: Teacher