```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                    Case No. 16-04445-JJT
Dennis R. Moore                                           Chapter 7
Roberta M. Moore
        Debtors
## CERTIFICATE OF NOTICE

District/off: 0314-5          User: TWilson          Page 1 of 1          Date Rcvd: Nov 21, 2018
                              Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2018.
db/jdb          Dennis R. Moore,    Roberta M. Moore,    100 Wilson Dr,    Hazleton, PA   18201-6843

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2018 at the address(es) listed below:
              Brian E Manning    on behalf of Debtor 1 Dennis R. Moore BrianEManning@comcast.net,
               G17590@notify.cincompass.com
              Brian E Manning    on behalf of Debtor 2 Roberta M. Moore BrianEManning@comcast.net,
               G17590@notify.cincompass.com
              Christos A Katsaounis    on behalf of Creditor   Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us,    RA-occbankruptcy6@state.pa.us
              James Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                               TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Dennis R. Moore,<br>aka Dennis R. Moore, Sr.,<br>**Debtor 1** | Chapter 7<br><br>Case No. 5:16−bk−04445−JJT |
| Roberta M. Moore,<br>**Debtor 2** | |

Social Security No.:
xxx−xx−8920    xxx−xx−6778

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**William G Schwab (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: November 21, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: TWilson, Deputy Clerk

**fnldec** (05/18)